UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSS QUIRKE, on behalf of himself and others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>LYNBROOK 5 INC. d/b/a JOHNNY McGOREY'S LYNBROOK,<br>JFMB REST. INC. d/b/a McGOREY'S MASSAPEQUA,<br>DAVE BAKER, MARY BAKER, and JOANNE FONTAINE,<br><br>            Defendants. | 24-cv-05585-RML |

## <u>NOTICE OF ACCEPTANCE OF</u>
## <u>DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68</u>

PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Ross Quirke accepts the Offer of Judgment Pursuant to Fed. R. Civ. P. 68, made by Defendants Lynbrook 5 Inc. d/b/a Johnny McGorey's Lynbrook, JFMB Rest. Inc. d/b/a McGorey's Massapequa, Dave Baker, Mary Baker, and Joanne Fontaine (collectively, "Defendants"). Defendants' Offer of Judgment Pursuant to Fed. R. Civ. P. 68 is attached hereto as Exhibit A.

Dated: New York, New York
          June 5         , 2025

JOSEPH & KIRSCHENBAUM LLP

By:_____
          D. Maimon Kirschenbaum
          Josef Nussbaum
          32 Broadway, Suite 601
          New York, New York 10004

*Attorneys for Plaintiff Quirke*