UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROSS QUIRKE,
*on behalf of himself and others similarly situated,*
                      Plaintiff,             JUDGMENT

    -v-
                                                                  24-cv-05585 (RPK)(RML)

LYNBROOK 5 INC. d/b/a JOHNNY
McGOREY'S LYNBROOK, JFMB REST. INC.
d/b/a McGOREY'S MASSAPEQUA, DAVE BAKER,
MARY BAKER, and JOANNE FONTAINE,
                            Defendants.
---------------------------------------------------------------X

       A Notice of Acceptance of Rule 68 Offer of Judgment having been filed on, June 5, 2025; and Defendants Lynbrook 5 Inc. d/b/a Johnny McGorey's Lynbrook, JFMB Rest. Inc. d/b/a McGorey's Massapequa, Dave Baker, Mary Baker, and Joanne Fontaine (collectively, "Defendants"), having jointly offered Plaintiff Ross Quirke to take a judgment against Defendants, jointly and severally, in the amount of $5,000.00 (the "Judgment Amount"), inclusive of all of Quirke's claims for relief, damages, attorneys' fees, costs, and expenses, upon the terms stated therein; it is

       ORDERED and ADJUDGED that: Judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff Quirke, and against Defendants Lynbrook 5 Inc. d/b/a Johnny McGorey's Lynbrook, JFMB Rest. Inc. d/b/a McGorey's Massapequa, Dave Baker, Mary Baker, and Joanne Fontaine, jointly and severally, in the sum of Five Thousand Dollars and No Cents ($5,000.00), inclusive of all of Plaintiff's claims for relief, damages, attorney's fees, costs, and expenses, alleged in the above-captioned action.

Dated:  Brooklyn, New York                                     Brenna B. Mahoney
         June 5, 2025                                                Clerk of Court

                                                                          By:    */s/Christina Frunzi*
                                                                                      Deputy Clerk